---

**SO ORDERED,**



_[signature]_

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: TERRY S. OSBORN**                                    **CHAPTER 13**

**DEBTOR**                                    **CASE NO. 21-12297 JDW**

### AGREED ORDER OVERRULING OBJECTION TO CLAIM [Dkt. #28] AND CREDITOR'S RESPONSE [Dkt. #31]

This matter came before the Court upon the Debtor's Objection to Claim (Dkt. #28) and Dick Sanders and Charlie Sanders, ("Creditors") Response thereto (Dkt. #31) upon agreement of the parties;

**IT IS ORDERED** that the Debtor's Objection is overruled, and the secured claim of Creditors is allowed in the amount of $16,725.69 to be paid at 5.9%.  The remainder of Claim #5 shall be and is hereby disallowed.

**FURTHER**, the terms of this Order shall be applicable to Section 3.2 of the Confirmed Plan, and the Chapter 13 Trustee is authorized to make any necessary plan payment adjustments.

#ENDOFORDER#

**Agreed:**

 /s/ Robert H. Lomenick
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**

**POST OFFICE BOX 417**
**HOLLY SPRINGS, MS 38635**
**662-252-3224/robert@northmsbankruptcy.com**
**Attorney for Dick Sanders and Charlie Sanders, Creditor**


**/s/ Sarah H. Baker     (with permission)**
**SARAH H. BAKER, ESQ. MSB 105797**
**C. GAINES BAKER & ASSOCIATES, LLC**
**CG Baker Bldg., Ste. One**
**136 Public Square**
**Batesville, MS 38606**
**662-563-9385/sarah@cgbakerlaw.com**
**Attorney For Debtor**


**/s/ Melanie T. Vardaman      (with permission)**
**MELANIE T. VARDAMAN,  MSB 100392**
**Attorney for Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**
**601-355-6661**