_____



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

TERRY S. OSBORN                                      21-12297-JDW

## AGREED ORDER DENYING MOTION TO DISMISS (DKT. #38)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #38) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the response thereto filed by the Debtor (Dkt. #39). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby denied.

2. Within seven (7) days from the date of the entry of this Agreed Order, the Debtor shall provide to the Trustee sufficient information for the issuance of a wage withholding order. Failure by the Debtor to provide such information may result in the dismissal of this case without further notice or hearing.

3. The plan term shall be extended from thirty-six (36) months to sixty (60) months.

4. Upon timely receipt of such information, the plan payment shall be amended to a sum sufficient to afford completion of the Confirmed Plan (Dkt. #26) over the extended plan term.

5. Counsel for the Debtor shall notice this Agreed Order to all affected creditor(s) and file a Certificate of Service with the Court.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Sarah Baker
SARAH BAKER
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392